**STATE of Missouri, Respondent,**

v.

**Robert RICHARDSON, Appellant.**

**No. WD 34228.**

Missouri Court of Appeals,
Western District.

Jan. 17, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Feb. 28, 1984.

Application to Transfer Denied April 16, 1984.

Peter M. Schloss, Asst. Public Defender, Liberty, for appellant.

Sandra K. Stratton, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and CLARK and KENNEDY, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of stealing over one hundred fifty dollars, § 570.030.2(1), RSMo 1978.

Judgment affirmed. Rule 30.25(b).